IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BETTY ISABELL                                                                                      PLAINTIFF

V.                            Case No. 3:04CV00357 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                DEFENDANT

## **JUDGMENT**

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 8th day of March, 2006.

                                                    /s/ John F. Forster, Jr.
                                         UNITED STATES MAGISTRATE JUDGE