IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BETTY ISABELL                                                                    PLAINTIFF

v.                                              3:04CV00357  JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the

Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court finds that Plaintiff's

attorney is entitled to an attorney's fee in the amount of $1,249.30 and expenses in the

amount of $13.95. The Defendant should certify said award and pay the Plaintiff's

attorney these amounts.

IT IS SO ORDERED this 13th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE